INSTITUTE OF THE METROPOLIS, INC., Appellant, *v.* UNIVERSITY OF THE STATE OF NEW YORK et al., Respondents.

Submitted April 20, 1937; decided May 25, 1937.

*Emil Klein* and *Simon H. Braunstone* for appellant.

*John J. Bennett, Jr., Attorney-General* (*Dorothy U. Smith* and *Henry Epstein* of counsel). for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.